**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ATEFEHALSADAT VAEZI and
ALIREZA NEJADNIK,

        Plaintiffs,

v.                                                                                  Case No.: 3:24-cv-96-WWB-MCR

ANTONY BLINKEN,

        Defendant.

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. 7). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida on April 25, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record